UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON PUTNAM | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-739-SDJ |
| | § | |
| PERFICIENT, INC., | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 20, 2022, the Report of the Magistrate Judge, (Dkt. #24), was entered containing proposed findings of fact and recommendations that Defendant Perficient, Inc.'s Motion to Transfer Venue, (Dkt. #6), be denied. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Perficient, Inc.'s Motion to Transfer Venue, (Dkt. #6), is **DENIED**.

**So ORDERED and SIGNED this 26th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE