# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JASON PUTNAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00739-CAN |
| v. | § | |
| | § | |
| PERFICIENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

Pending before the Court is the Parties' Agreed Motion to Extend Dispositive Motion Deadline [Dkt. 36]. Therein, the Parties request an extension of the deadline to file dispositive motions from Wednesday, February 1, 2023, to Monday, February 13, 2023 [Dkt. 36 at 1]. After reviewing the Motion, and all other relevant filings, the Court finds that the Parties' Motion should be granted.

It is therefore **ORDERED** that the Parties' Agreed Motion to Extend Dispositive Motion Deadline [Dkt. 36] is **GRANTED**. The Parties' dispositive motion deadline is extended to *Monday, February 13, 2023.*

All other remaining deadlines outlined in the Amended Scheduling Order [Dkt. 33] remain.

**IT IS SO ORDERED**.

**SIGNED this 6th day of February, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE